UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

Stephen Lush,
    Plaintiff

Case No. 3:23-cv-945-BJD-PDB

v.

Complaint

WILLIAM S. LUSH,
VIRGINIA BRIGANTI LUSH,
    Defendant

## COMPLAINT

### Parties

1. Plaintiff, Stephen Lush, lives at Romnes Apartments, 540 West Olin Avenue, Apartment 307, Madison, Wisconsin 53715-2503.

2. Defendant, WILLIAM STEPHEN LUSH, lives at Sunrise Inlet Condo, One Radio Road, Unit 302, Saint Augustine, Florida 32084-1424.

3. Defendant, VIRGINIA BRIGANTI LUSH, lives at Sunrise Inlet Condo, One Radio Road, Unit 302, Saint Augustin, Florida 32084.

### Claims

1. In violation of the Full Faith and Credit Clause, Defendant, WILLIAM STEPHEN LUSH, refuses to pay Plaintiff, Stephen Lush, a judgment of $450,000 entered in Dane County Circuit Court, State of Wisconsin, before the Honorable Judge Stephen Eric Ehlke of Branch 15.

2. Defendant, WILLIAM STEPHEN LUSH, violated 18 U.S.C. § 241 (2023), as well as violating his right to privacy, for which Plaintiff demanded and obtained judgment in a massive tort suit against the district attorney, a neighboring police department, and his employer, the school district where he lived. They all presumed guilt and probable cause to arrest without evidence. Plaintiff, Stephen Lush, Defendant's only son, knows his father cooperated with the malicious prosecution, after police threatened him at his home, because Plaintiff was going to sue the false accuser's parents for her arrest. There was no reason for police to do anything, but drop the charge. It was based entirely on the hearsay of a minor, who was rightfully denied a ride because she was alone and as an unattended minor, all such persons are refused transportation according to Uber Technologies, Inc. policy. Plaintiff, Stephen Lush, was forced to appear in court, endure persecution by his own police, and even had a bench warrant issued for the

wrongfully filed charge, which he lived inside his own home for two months, in civil disobedience of what everyone knew was a false charge. Plaintiff, Stephen Lush, had suffered a labral tear of the right hip cartilege from the stress of the prosecution, while teaching kids indoor soccer at a grade school gym. He also liked to referee kids soccer games and volunteer at the YMCA. He held tournament high school games. Defendant WILLIAM LUSH, to assist in the 18 U.S.C. sec. 241 conspiracy, in which Plaintiff's own district attorney send police to arrest him for wanting the basic right to redress from an obvious reputational injury, told police and others, including the Dane County District Attorney, he had enough money, and Plaintiff does not have the right or need to sue anyone. Defendant involved his own mother, who thinks him a criminal. Defendant WILLIAM LUSH is a criminal. Giving nothing to his son during this entire past six months of a slanderous accusation, he has received no assistance or communiction from his father, at all. Defendant WILLIAM STEPHEN LUSH has assets over $1 million in dollars, if not $2 million, by now.

3. Defendant, WILLIAM LUSH, also participated in having Plaintiff, Stephen Lush, his son, arrested without probable cause in 2000, by Effingham County Sheriff in Illinois, while driving to Indiana University in Bloomington. Plaintiff was incarcerated for two days for no reason. He was not a danger to the public safety, and the offense was a petty offense. Plaintiff was held in jail for over two days against his will for driving with an invalid license. Upon release from the ordeal, he began suffering symptoms of schizophrenia in a motel room. It became unbearably severe during his enrollment at the college. It disturbed his studies and his GPA suffered. He planned to go to law school, and this impaired his ability to do so. The motive in Illinois, as in Wisconsin, by Defendant WILLIAM STEPHEN LUSH is malice. Whatever reason, Defendant WILLIAM LUSH needs to punish his son. His wife, Defendant VIRGINIA BRIGANTI LUSH, cooperated with wanting to cause Plaintiff malice, coordinating with the Effingham County Sheriff in Illinois, to have him arrested without any reason. He was driving without a valid license, is all, and planned this one trip, and to a better university than he was attending in Houston. He was not going to drive his car at all, while in school, and would have gotten a new license. He has suffered from schizophrenia since this incident throughout his entire life.

4. Plaintiff also suffers depression, and is gravely disabled from a back injury in the U.S. Navy, when he enlisted to pay back student loans and get a better job. He had to leave the Navy because of the back injury. He was then destitute and homeless, moving between homes of relatives, and not welcome at Defendant WILLIAM LUSH'S home. When he sought work in western Florida, and not finding gainful employ there, though having no other place to live, he was no longer welcome at his own father's palacial estate in Ponte Vedra Beach, Florida, a house worth in excess of $600,000.

5. Defendant WILLIAM S. LUSH refuses to pay a judgment for another court, therefore he is in direct violation of the Full Faith and Credit Clause. U.S. Const. art. IV, sec. 1. Plaintiff, Stephen Lush, requests the assistance of this honorable court to collect the amount of judgment entered against him, and have the State of Florida honor it also.

## Demand

1. Plaintiff Stephen Lush demands $450,000 from Defendants WILLIAM S. LUSH and VIRGINIA BRIGANTI LUSH, the face of the judgment order, and any additional penalties in accordance with justice.

Dated: August 6th, 2023

*[signature]*

Stephen Lush, *pro se*
540 West Olin Avenue, Apt. 307
Madison, Wisconsin  53715
(608) 400-3240